UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------- x
                                                   :
FRANCIS DEAUGUSTINE,                               :
on behalf of himself and                           :
similarly situated employees,                      :
                                                   :  Civil Action No. 2:20-cv-1828 DSC
                                                   :
         Plaintiff,                                :
                                                   :
         v.                                        :  Electronically Filed
                                                   :
BAYER CORPORATION,                                 :
                                                   :
         Defendant.                                :
                                                   :
-------------------------------------------------- X
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action.  Each party will bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| s/ Joseph H. Chivers | s/ John J. Myers |
| Joseph H. Chivers | John J. Myers |
| jchivers@employmentrightsgroup.com | jmyers@eckertseamans.com |
| The Employment Rights Group, LLC | Eckert Seamans Cherin & Mellott, LLC |
| 100 First Avenue, Suite 650 | 600 Grant Street, 44th Floor |
| Pittsburgh, PA  15222 | Pittsburgh, PA 15219 |
| Tel.: (412) 227-0763 | Tel.: (412) 566-5900 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *and all others similarly situated* | *Bayer Corporation* |

Date: 4/8/21

SO ORDERED:
s/ David S.Cercone
Sr. U.S. District Judge